IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RODNEY GAY, MARVIN POLLITT, and CHRIS ACKLEY, | Civil Action No. 16-6393 (JBS-AMD) |
| Plaintiffs, | |
| v. | **MEMORANDUM OPINION** |
| CAMDEN COUNTY JAIL BOARD OF CHOSEN FREEHOLDERS, | |
| Defendant. | |

**SIMANDLE, Chief District Judge**

Plaintiffs Rodney Gay, Marvin Pollitt, and Chris Ackley seek to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiffs submitted one, incomplete application. *Id.* Before this complaint may be filed, each Plaintiff must file a complete IFP application with the Court. *See Hagan v. Rogers*, 570 F.3d 146, 155-56 (3d Cir. 2009); *El Ameen Bey v. Stumpf*, 825 F. Supp. 2d 537, 551 (D.N.J. 2011). The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Moreover, Plaintiffs Pollitt and Ackley have not provided the Court with an address at which they may receive communications from the Court. They must provide a contact

address along with their IFP application,[1] or they will be terminated from the action under Local Civil Rule 10.1(a).

An appropriate order follows.

| | |
|---|---|
| **October 5, 2016** | **s/ Jerome B. Simandle** |
| Date | JEROME B. SIMANDLE |
| | Chief U.S. District Judge |

---

[1] The complaint states these two plaintiffs are homeless. If they are unable to provide an address at which they can receive communications from the Court and opposing parties, they must either create an email account and submit a Consent & Registration Form to Receive Documents Electronically, or submit an affidavit stating they will return to the Clerk's Office on a weekly basis to check on the status of their case.